**Order filed, October 20, 2016.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-16-00800-CV
_____

**PAUL MCDERMOTT, WILLIE MCDERMOTT AND TERENCE MCDERMOTT, Appellant**

**V.**

**HARRIS COUNTY, ET AL, Appellee**

___

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2013-34654**

___

## ORDER

The reporter's record in this case was due October 3. 2016. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Gina Wilburn, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM